FAS

FILED

07 DEC -5 AM 10: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Mag. Case Number: '07 MJ 2815 |
| v. | COMPLAINT FOR VIOLATION OF |
| Blanca Patricia REYNA, Raul VILLALPANDO-Valle, Ana Maria ALONSO-Manzo Defendants | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about December 4, 2007, within the Southern District of California, Blanca Patricia REYNA, Raul VILLALPANDO-Valle, and Ana Maria ALONSO-Manzo did knowingly and intentionally import approximately 7.45 kilograms of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF December, 2007.

MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent Derren Henderson, declare under penalty of perjury, the following is true and correct:

On December 4, 2007 at approximately 1350 hours, Blanca Patricia REYNA, Raul VILLALPANDO-Valle, and Ana Maria ALONSO-Manzo attempted to make entry into the United States via the San Ysidro, CA, Port of Entry from the Republic of Mexico. REYNA was the driver, and VILLALPANDO and ALONSO were passengers, in a Gray 2006 Scion XB bearing California, United States (CA/US) license plates 5TWW661. REYNA and VILLALPANDO presented their U.S. Passports and ALONSO presented her Border Crossing Card to the Customs and Border Protection (CBP) Officer at the primary inspection booth. During questioning, REYNA stated she was not bringing anything back from Mexico, she has owned the vehicle for a couple of years, and that she lives in Baldwin Park, California. The CBP Officer asked about the purpose of her trip, and REYNA replied that her and her fiancé, VILLALPANDO, are building a home in Mexico. REYNA told the CBP Officer that she was taking ALONSO to Baldwin Park.

A Canine Enforcement Officer (CEO) was conducting inspections in the area when his K-9 alerted to the vehicle for a narcotic odor. CBP Officers examined the passenger door and discovered packages hidden within. REYNA, VILLALPANDO, and ALONSO were escorted into the security office and the vehicle was taken to the secondary inspection area for further examination.

In the secondary inspection area, CBP Officers inspected the vehicle and discovered numerous wrapped packages in both the passenger and driver side doors. A random sample of one of the packages revealed a white powdery substance that tested positive for cocaine. A total of 5 packages were removed from the doors with a weight of 7.45 kilograms.

U.S. Immigration and Customs Enforcement (ICE) Special Agents contacted REYES and advised her that cocaine had been found in the vehicle and that she was under arrest. Reading from a pre-printed form, U.S. Immigration and Customs Enforcement (ICE) Special Agents read REYNA her Miranda Rights in the English language. REYNA stated that she understood her Miranda Rights.

U.S. Immigration and Customs Enforcement (ICE) Special Agents contacted VILLALPANDO and advised him that cocaine had been found in the vehicle and that he was under arrest. Reading from a pre-printed form, U.S. Immigration and Customs Enforcement (ICE) Special Agents read VILLALPANDO his Miranda Rights in the English language. VILLALPANDO stated that he understood his Miranda Rights.

U.S. Immigration and Customs Enforcement (ICE) Special Agents contacted ALONSO and advised her that cocaine had been found in the vehicle and that she was under arrest. Reading from a pre-printed form, U.S. Immigration and Customs

Enforcement (ICE) Special Agents read ALONSO her Miranda Rights in the Spanish language. ALONSO stated that she understood her Miranda Rights and wanted to make a statement. She stated that she did not know there was cocaine in the vehicle. REYNA and VILLALPANDO were just giving her a ride to a store named Moscatel to buy flowers and decorations for her daughter's 15th birthday party in Mexico.

REYNA, VILLALPANDO, and ALONSO were arrested and transported to the Metropolitan Correctional Center, in San Diego, CA.

Executed on December 4, 2007

Special Agent,
U.S. ICE